# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, <br>     Plaintiff/Respondent <br> v. <br> Gilberto Landeros, <br>     Defendant/Petitioner | Case No.: 2:13-cr-00260-JAD-GWF <br><br> **Order Denying as Moot Motion for Transcripts** <br><br> **[ECF Nos. 52, 53]** |

In 2014, Gilberto Landeros pled guilty to illegally possessing a firearm under 18 U.S.C. § 922(j). I sentenced him to a prison term of 120 months, and he eventually moved to vacate his sentence. Because his ground for relief was precluded by a subsequent U.S. Supreme Court decision, I denied his motion and declined to issue him a certificate of appealability (COA).[1] Landeros then sought a COA from the Ninth Circuit Court of Appeals[2] and also moved this court for copies of transcripts from various hearings to aid in his appeal.[3] The Ninth Circuit recently denied Landeros a COA.[4] Accordingly,

IT IS HEREBY ORDERED that Landeros's motion for court reporter transcripts **[ECF Nos. 52–53] is DENIED as MOOT.**

Dated: January 28, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF Nos. 42, 46.
[2] ECF No. 43.
[3] ECF Nos. 52–53.
[4] ECF No. 54.